AO 440 (Rev. 10/93) Summons in a Civil Action
Case 1:04-cv-12412-RWZ    Document 3    Filed 12/08/2004    Page 1 of 2
ORIGINAL

# United States District Court

DISTRICT OF __MASSACHUSETTS__
BOSTON DIVISION

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the April 12, 2003
Barrera/Kelly, Program,
          Plaintiff,
V.

JAMES CASSIN, Individually, and d/b/a TAVERN AT
THE BRIDGE a/k/a TAVERN ON THE BORDER, and
TAVERN AT THE BRIDGE a/k/a TAVERN ON THE
BORDER;
          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12412 REK

TO: (Name and address of defendant)

**JAMES CASSIN, Individually, and d/b/a TAVERN AT THE BRIDGE a/k/a TAVERN ON THE BORDER**
287 Fairmount Street
Lowell, MA 01852-3709      Our File No. 03-4MA-05G

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
P.O. Box 351
Ellenville, New York 12428

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

NOV 1 2 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 11/30/04 |
| NAME OF SERVER (PRINT) | TITLE Constable |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 287 Fairmount St. Lowell, MA 01852

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 125.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _November 30, 2004_
           Date

Signature of Server

Address of Server: P.O. Box 1743, Lowell, MA 01847

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.