UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **April 12, 2003**
**Barrera/Kelly**, Program,

        Plaintiff,

  -against-

JAMES CASSIN, *et al.*;

        Defendants.

---

**NOTICE OF DISMISSAL**
Civil Action No. 04-12412 REK/MBB
Honorable Robert E. Keeton

     **PLAINTIFF, GARDEN CITY BOXING CLUB, INC.,** hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a) (2) of the Federal Rules of Civil Procedure.

Dated: January 21, 2005
      Ellenville, New York

              **GARDEN CITY BOXING CLUB, INC.**

              By:/s/ Wayne D. Lonstein
                WAYNE D. LONSTEIN, ESQ.
                Attorney for Plaintiff
                LONSTEIN LAW OFFICE, P.C.
                Office and P.O. Address
                1 Terrace Hill : P.O. Box 351
                Ellenville, NY  12428
                Telephone:  (845) 647-8500
                Facsimile:   (845) 647-6277
                *Our File No.  03-4MA-05G*

**SO ORDERED** this ____day of _____, 2005

_____
**HON. ROBERT E. KEETON**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

The foregoing Notice of Dismissal was duly served on the following:

Raymond T. Weicker, Esq.
Qua, Hall, Harvey & Walsh
25 Fletcher Street
Chelmsford, MA 01824


on this 21st day of January, 2005 via United States Postal Service, postage prepaid.

                                              /s/ Wayne D. Lonstein
                                              WAYNE D. LONSTEIN